No. 98–1438.  CITY OF CONCORD v. HARDIN.  C. A. 9th Cir. Certiorari denied.

No. 98–1439.  EVANS v. MOORE ET AL.  Ct. App. La., 3d Cir. Certiorari denied.

No. 98–1444.  MISCOVICH v. MISCOVICH.  Sup. Ct. Pa.  Certiorari denied.

No. 98–1447.  SMITH v. US WEST DIRECT.  C. A. 10th Cir. Certiorari denied.

No. 98–1450.  BROWN & ROOT, INC., ET AL. v. BRECKENRIDGE ET AL.  Cir. Ct. Kanawha County, W. Va.  Certiorari denied.

No. 98–1453.  MCNEIL v. GRAYSON.  C. A. 6th Cir.  Certiorari denied.

No. 98–1455.  BIAMONT v. SAIF CORP. ET AL.  Ct. App. Ore. Certiorari denied.

No. 98–1456.  AHITOW, WARDEN v. GLASS.  C. A. 7th Cir. Certiorari denied.

No. 98–1458.  LUKER v. AKRO CORP.  C. A. Fed. Cir.  Certiorari denied.

No. 98–1459.  GUTRIDGE v. MIDLAND COMPUTER, INC., DBA COMPUTERLAND OF NEBRASKA, AKA COMPUTERLAND, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 98–1461.  CONSTRUCTIVIST FOUNDATION, INC. v. DEKALB COUNTY BOARD OF TAX ASSESSORS.  Ct. App. Ga.  Certiorari denied.

No. 98–1472.  GREEN v. ALLIED INTERESTS, INC.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 98–1475.  MASSIE v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 98–1476.  LATIFF v. ELMINI LYMPH, INC., ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 98–1477.  GEOTES v. MISSISSIPPI BOARD OF VETERINARY MEDICINE ET AL.  C. A. 5th Cir.  Certiorari denied.